1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10  CHAD JASON NIETZ,                    ) Case No.: 2:22-cv-03218-JPR
                                        )
11             Plaintiff,               ) ORDER AWARDING EQUAL
                                        ) ACCESS TO JUSTICE ACT
12       vs.                            ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
13  KILOLO KIJAKAZI,                    ) AND COSTS PURSUANT TO 28
    Acting Commissioner of Social       ) U.S.C. § 1920
14  Security,                           )
                                        )
15             Defendant                )
                                        )
16  _____   )

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $7,500.00 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE: February 10, 2023

23

24  _____
    THE HONORABLE JEAN P. ROSENBLUTH
25  UNITED STATES MAGISTRATE JUDGE

26

-1-